THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SKYCORP LTD,<br><br>                Plaintiff,<br>     v.<br>KING COUNTY, a municipal subdivision of State of Washington,<br><br>                Defendant. | CASE NO. C20-1632-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion to extend time to file opposition to motion to dismiss (Dkt. No. 10.) Finding good cause, the motion is GRANTED. Remaining deadlines regarding Defendant's motion to dismiss (Dkt. No. 9) are as follows:

- Response due date: January 4, 2021
- Reply due date: January 8, 2021

The clerk is DIRECTED to renote Defendant's motion to dismiss (Dkt. No. 9) to January 8, 2021.

//

//

MINUTE ORDER
C20-1632-JCC
PAGE - 1

DATED this 17th day of December 2020.

        <u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk